ORIGINAL

1  DAVID H. FRY (SBN 189276)
   REBECCA GOSE LYNCH (SBN 230078)
2  AMY C. TOVAR (SBN 230370)
   LIKA C. MIYAKE (SBN 231653)
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
5  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
6  Email: *david.fry@mto.com; rebecca.lynch@mto.com;*
          *amy.tovar@mto.com; lika.miyake@mto.com*
7
   Attorneys for Plaintiff
8  VINCENT C. BRUCE

FILED
JUN X 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT C. BRUCE, | CASE NO. C-99-4492 VRW |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE** |
| vs. | |
| EDDIE YLST, et al., | Judge:  Hon. Vaughn R. Walker |
| Defendants. | Ctrm:   6 |

1182950.1

- 1 -

STIPULATION TO CONTINUE TRIAL
DATE; C-99-4492 VRW

1  THE PARTIES HERETO, BY AND THROUGH THEIR UNDERSIGNED
2  COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:
3  WHEREAS, trial in this matter is currently scheduled to begin on June 19, 2006;
4  WHEREAS, the parties have negotiated in good faith and have reached an
5  agreement in principle on settlement;
6  AND WHEREAS, the parties require a modest extension of time to complete their
7  negotiations and document the settlement;
8  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
9  (1) A continuance of the trial date to permit expert disclosure, deposition(s) of
10 expert witness(es) and continued negotiations over settlement terms is in the best interests of the
11 parties;
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1      (2)    Subject to further agreement by the parties or order of this Court, the trial date is continued to August 28, 2006, or any later date that is convenient for the Court, and the date for disclosure of expert witnesses is continued until July 14, 2006, followed by mutually-agreeable deposition dates.

DATED: June 5, 2006

MUNGER, TOLLES & OLSON LLP
   DAVID H. FRY
   REBECCA GOSE LYNCH
   AMY C. TOVAR
   LIKA C. MIYAKE

By: *David Fry / ACT*
      DAVID H. FRY

Attorneys for Plaintiff
VINCENT C. BRUCE

DATED: May 30, 2006

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
   BILL LOCKYER

By: *[signature]*
      VIRGINIA I. PAPAN
      Deputy Attorney General

Attorney for Defendants Coziahr, Carrillo, Godfrey, Harris, Marriott, Padilla, Washington, and Ylst

IT IS SO ORDERED.

Dated: June 7, 2006

*[signature]*

Hon. Vaughn R. Walker
District Court Judge