1
2
3          *E-FILED - 11/27/13*
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VINCENT C. BRUCE,                    )  No. C 99-4492 RMW (PR)
                                          )
12            Plaintiff,                  )  ORDER GRANTING MOTION FOR
                                          )  EXTENSION OF TIME TO FILE
13      vs.                               )  REPLY
                                          )
14   EDDIE YLST, et al.,                  )
                                          )
15            Defendants.                 )
     _____)  (Docket No. 240)

16        Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant

17   to 42 U.S.C. § 1983.  On December 21, 2006, the parties reached a settlement agreement, and

18   entered into a stipulated dismissal.  (Docket No. 226.)  On March 15, 2013, plaintiff filed a

19   motion to enforce the settlement agreement.  (Docket No. 232.)  On May 13, 2013, the court

20   directed the clerk to re-open this action, and directed defendants to file a response to plaintiff's

21   motion to enforce the settlement agreement.  Defendants filed a response on June 26, 2013.

22   Plaintiff has filed a motion for an extension of time of sixty days to file a reply.  (Docket No.

23   240.)

24        Plaintiff's motion is **GRANTED**.  Plaintiff shall file a reply **within thirty-days** of the

25   filing date of this order.

26        IT IS SO ORDERED.

27   DATED: _____11/27/13_____          _Ronald M. Whyte_____

28                                        RONALD M. WHYTE
                                          United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

BRUCE, ET AL,

              Plaintiff,

   v.

YLST, ET AL et al,

              Defendant.
_____/

Case Number: CV99-04492 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent C. Bruce J-84086
Pelican Bay State Prison
D6-101
P.O. Box 7500
Crescent City, CA 95532

Dated: November 27, 2013

              Richard W. Wieking, Clerk
              By: Jackie Lynn Garcia, Deputy Clerk