IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT C. BRUCE, | ) | No. C 99-4492 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| vs. | ) | REPLY |
| | ) | |
| EDDIE YLST, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | (Docket No. 240) |

Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. On December 21, 2006, the parties reached a settlement agreement, and entered into a stipulated dismissal. (Docket No. 226.) On March 15, 2013, plaintiff filed a motion to enforce the settlement agreement. (Docket No. 232.) On May 13, 2013, the court directed the clerk to re-open this action, and directed defendants to file a response to plaintiff's motion to enforce the settlement agreement. Defendants filed a response on June 26, 2013. Plaintiff has filed a motion for an extension of time of sixty days to file a reply. (Docket No. 240.)

Plaintiff's motion is **GRANTED**. Plaintiff shall file a reply **within thirty-days** of the filing date of this order.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File Reply
G:\PRO-SE\RMW\CR old\CR.99\Bruce492eot.reply.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRUCE, ET AL,

        Plaintiff,

  v.

YLST, ET AL et al,

        Defendant.

Case Number: CV99-04492 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent C. Bruce J-84086
Pelican Bay State Prison
D6-101
P.O. Box 7500
Crescent City, CA 95532

Dated: November 27, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk