**E-FILED on 8/21/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE, | ) No. C 99-4492 RMW (PR) |
| Plaintiff, | ) ORDER GRANTING MOTION FOR |
| vs. | ) EXTENSION OF TIME TO FILE ) REPLY |
| EDDIE YLST, et al., | ) |
| Defendants. | ) |
| | ) (Docket No. 248) |

Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. On December 21, 2006, the parties reached a settlement agreement, and entered into a stipulated dismissal. (Docket No. 226.) On April 15, 2013, plaintiff filed a motion to enforce the settlement agreement. (Docket No. 232.) On May 13, 2013, the court re-opened this action. (Docket No. 233.) On March 31, 2014, the court issued an order to show cause directing defendants to show cause why plaintiff's should not be granted relief. (Docket No. 245.) On May 28, 2014, defendants filed a response to the order to show cause. (Docket No. 246.) Plaintiff has filed a motion for an extension of time to file a reply. (Docket No. 248.) Plaintiff's motion is **GRANTED**. Plaintiff shall file a reply **within thirty-days** of the filing date of this order.

IT IS SO ORDERED.

DATED:  8/21/14

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File Reply
P:\PRO-SE\RMW\CR old\CR.99\Bruce492eot.reply2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRUCE, ET AL,

          Plaintiff,

  v.

YLST, ET AL et al,

          Defendant.

Case Number: CV99-04492 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent C. Bruce J-84086
Pelican Bay State Prison
D6-101
P.O. Box 7500
Crescent City, CA 95532

Dated: August 21, 2014

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk