UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. YLST, et al.,<br><br>        Defendants. | Case No. 99-cv-04492-YGR (PR)<br><br>**ORDER APPOINTING COUNSEL; REOPENING ACTION; AND SETTING CASE MANAGEMENT CONFERENCE** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1)    **Michael W. Melendez, Esq. (SBN 125895) and Theresa Mae Rutledge, Esq. (SBN 261229)** of Cozen O'Connor is appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for:

☐ all purposes for the duration of the case
X the limited purpose of representing the litigant in the course of
  ☐ mediation
  ☐ early neutral evaluation
  X settlement conference
  ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
  _____
  ☐ discovery as follows:
  _____
  ☐ other:
  _____

(2)    The Clerk of the Court shall REOPEN this action, which had previously been administratively closed pending appointment of counsel.

(3)    All further proceedings will be stayed for **four (4) weeks** from the date of this

1  Order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project
2  Guidelines posted on the Court's website.
3      (4)    Following the four-week stay, Magistrate Judge Nandor Vadas will set a
4  scheduling conference to set a date for settlement proceedings.
5      (5)    If this case does not settle, the parties shall appear for a Case Management
6  Conference on **Monday, May 8, 2017 at 2:00 p.m.**, at the United States District Court for the
7  Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1, 4th
8  Floor.
9      (6)    At least seven (7) calendar days prior to the Case Management Conference, the
10  parties shall file a joint case management conference statement.  The statement must include all
11  elements requested in the "Standing Order for All Judges of the Northern District of California –
12  Contents of Joint Case Management Statement."  See http://www.cand.uscourts.gov/ygrorders.
13  As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be
14  substantive and productive.  Accordingly, each party shall be represented at the Case Management
15  Conference by counsel with authority to enter into stipulations and make admissions pursuant to
16  Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in
17  the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so may be considered grounds for
18  sanctions.
19      (7)    The Clerk shall send a copy of this Order to Mr. Melendez and Ms. Rutledge at
20  **Cozen O'Connor, 101 Montgomery Street, Suite 1400, San Francisco, California 94104.**  The
21  Clerk shall also send a copy of this Order to Plaintiff and Defendants' counsel.
22  IT IS SO ORDERED.
23  Dated: February 7, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge